UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARY LACROIX; MARK LACROIX; and RAYLENE CROSS, Successors in Interest to RAYMOND GERALD LACROIX, Deceased,

        Plaintiffs,

    v.

FORD MOTOR COMPANY; and DOES 1 through 20, Inclusive,

        Defendants.
_____/

No. 2:06-cv-1685-MCE-GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the attorney for Plaintiff, the Court determined that this case settled as of March 26, 2007.

    Plaintiff's counsel is granted an extension of time to file dispositional documents on or before May 31, 2007.

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

    IT IS SO ORDERED.

Dated: April 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE