| | |
|---|---|
| 1 | **JOHN D. BARR** ...............................State Bar No. **40663** |
| 2 | **DOUGLAS MUDFORD**..................State Bar No. **156392** |
| | **J. MICHAEL FAVOR**.....................State Bar No. **85558** |
| 3 | **DAVID CASE**..................................State Bar No. **56701** |
| | **DOUGLAS H. NEWLAN**................State Bar No. **032250** |
| 4 | **BARR & MUDFORD, LLP** |
| 5 | 1824 Court Street/P.O. Box 994390 |
| | Redding, California 96099-4390 |
| 6 | Telephone: (530) 243-8008 |
| | Fax: (530) 243-1648 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LACROIX; MARK LACROIX; and RAYLENE CROSS, Successors in Interest to RAYMOND GERALD LACROIX, Deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 20, Inclusive,<br><br>    Defendants. | NO. 2:06-cv-01685-MCE-GGH<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

This matter having been settled by the parties, it is hereby stipulated by the parties that this action may be dismissed with prejudice.

DATED: May 30, 2007                                      BARR & MUDFORD

                                                                           /s/   J. Michael Favor
                                                                           J. MICHAEL FAVOR
                                                                           Attorneys for Plaintiffs

Page 1 of 2

**Stipulation for Dismissal; Order Thereon**

**BARR&MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

1   DATED:  May 30, 2007					SHOOK, HARDY & BACON

							  /s/   Frank P. Kelly
							FRANK P. KELLY, III
							Attorneys for Defendant

9	IT IS SO ORDERED.

11	DATED: June 4, 2007

							_____
							MORRISON C. ENGLAND, JR
							UNITED STATES DISTRICT JUDGE

**Stipulation for Dismissal; Order Thereon**

BARR&MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008